(Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Vertis Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Big Flower Holdings, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): **Tax-I.D. No. 13-3971556** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): **N/A** |
| Street Address of Debtor (No. and Street, City, and State): **250 West Pratt Street, 18th Floor, Baltimore, MD** ZIP CODE **21201** | Street Address of Joint Debtor (No. and Street, City, and State): **N/A** ZIP CODE |
| County of Residence or of the Principal Place of Business: **Baltimore County** | County of Residence or of the Principal Place of Business: **N/A** |
| Mailing Address of Debtor (if different from street address): **N/A** ZIP CODE | Mailing Address of Joint Debtor (if different from street address): **N/A** ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **N/A** ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other **Holding Company.**

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Statistical/Administrative Information
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors (Consolidated with affiliates)**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☒ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets (Consolidated with affiliates)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☒ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities (Consolidated with affiliates)**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

C:\DOCUME~1\TAYBBOND\LOCALS~1\TEMP\NOTESFC0089\_(300347).DOC

(Official Form 1) (1/08)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Vertis Holdings, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Attached Schedule 1** | Case Number: **Pending** | Date Filed: **July 15, 2008** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

**NOT APPLICABLE**

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

**NOT APPLICABLE**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No. (See Exhibit C attached hereto)

### Exhibit D

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

(Official Form 1) (1/08)

FORM B1, Page 3

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Vertis Holdings, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Mark D. Collins
Signature of Attorney for Debtor(s)

Mark D. Collins (No. 2981)
Printed Name of Attorney for Debtor(s)

Richards, Layton & Finger, P.A.
Firm Name

One Rodney Square, Wilmington, DE 19801
Address

(302) 651-7700
Telephone Number

07/15/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x /s/ John V. Howard, Jr.
Signature of Authorized Individual

John V. Howard, Jr.
Printed Name of Authorized Individual

Secretary
Title of Authorized Individual

07/15/08
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

C:\DOCUME~1\TAYBRONP\LOCALS~1\TEMP\NOTES5C0809\_6289246.DOC

## Schedule 1

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE |
|---|

| Name of Debtor: Vertis Holdings, Inc. | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Vertis, Inc. | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Enteron Group, LLC | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Webcraft, LLC | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Vertis Mailing, LLC | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: Webcraft Chemicals, LLC | Case No. 08-____ ( ) | Date Filed: July 15, 2008 |
|---|---|---|
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| USA Direct, LLC | 08-_____ ( ) | July 15, 2008 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                           :

*In re*                                    :      **Chapter 11**

**VERTIS HOLDINGS, INC.,**    :

                                         :      **Case No. 08-_____ (   )**

Debtor.                      :

---------------------------------------------------------------x

## EXHIBIT "C" TO VOLUNTARY PETITION

1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTION

I, John V. Howard, Jr., a duly authorized officer Vertis Holdings, Inc., a Delaware corporation (the "Corporation"), hereby certify that the following resolutions were duly adopted by the vote and consent of all of the Directors of the Corporation at a special meeting of the Board of Directors of the Corporation held on July 14, 2008 in accordance with the requirements of Delaware General Corporation Law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

## Chapter 11 Case

WHEREAS, Vertis Holdings, Inc. has determined that it is desirable and in the best interests of the Corporation and its creditors, employees, and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED, that the Chief Executive Officer, Chief Financial Officer, and Chief Legal Officer and any other person designated and so authorized to act (each, an "Authorized Officer") of the Corporation be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, be, and hereby is, employed as attorneys for the Corporation under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A., be, and hereby is, employed as local counsel for the Corporation under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Lazard Frères & Co. LLC, be, and hereby is, employed to provide financial advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Alvarez & Marsal, LLC, be, and hereby is, employed to provide restructuring advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of FTI Consulting, Inc., be, and hereby is, employed to provide financial restructuring advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of DLA Piper LLP, be, and hereby is, employed as special corporate counsel for the Corporation in this chapter 11 case, subject to requisite bankruptcy court approval; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case, any Authorized Officer be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver a debtor-in-possession loan facility and exit loan facilities (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Officer considers appropriate) on the terms and conditions such Authorized Officer executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Corporation pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that any Authorized Officer and such other officers of the Corporation as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Corporation's businesses; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have duly executed this Certificate this 15th day of July, 2008.

John V. Howard, Jr.
Title: Secretary

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
*In re*                                       :   Chapter 11
                                              :
**VERTIS HOLDINGS, INC.,**                    :
                                              :   Case No. 08-_____ ( )
                                              :
       Debtor.                                :
                                              :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").[1] This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of July 15, 2008. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings (1556), Vertis, Inc. (8322), Webcraft, LLC (6725), Webcraft Chemicals, LLC (6726), Enteron Group, LLC (3909), Vertis Mailing, LLC (4084), and USA Direct, LLC (5311).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Bank of New York, as Indenture Trustee for the 10 7/8% Senior Notes Due 2009 | The Bank of New York<br>101 Barclay Street<br>New York, New York 10286<br>Att: Corporate Trust Administration<br>Telecopier Number (212) 815-5704, (212) 896-7299, (212) 815-5704<br><br>Emmet, Marvin & Martin, LLP<br>Fax #: (212) 238-3100<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Att: Edward P. Zujkowski, Esq. | Unsecured Debt | | $372,203,125.00 |
| Bank of New York, as Indenture Trustee for the 13 1/2% Senior Subordinated Notes Due 2009 | The Bank of New York<br>101 Barclay Street<br>New York, New York 10286<br>Att: Corporate Trust Administration<br>Telecopier Number (212) 815-5704, (212) 896-7299, (212) 815-5704<br><br>Emmet, Marvin & Martin, LLP<br>Fax #: (212) 238-3100<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Att: Edward P. Zujkowski, Esq. | Unsecured Debt | | $318,258,640.63 |
| THL Foreign Fund IV-B LP | Thomas H. Lee Foreign Fund IV-B, LP<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>c/o Thomas H. Lee Co.<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. DiNovi<br>Scott M. Sperling | Mezzanine Debt | | $10,518,716.19 |
| Abitibi Consolidated | Mr. Colin Keeler<br>Ph#: (914) 640-8615<br>Fax#: (914) 640-8917<br>E-mail: colin_keeler@abitibibowater.com.<br>4 Gannett Dr.<br>White Plains, NY 10604-3408 | Trade Debt | | $4,912,486.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| THL Foreign Fund IV LP | Thomas H. Lee Foreign Fund IV, LP<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>c/o Thomas H. Lee Co.<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. DiNovi<br>Scott M. Sperling | Mezzanine Debt | | $3,743,839.03 |
| Flint Ink Corp | Mr. Mike Green<br>Ph#: (734) 781-4730<br>Fax#: (732) 781-4790<br>E-mail: mike.green@.flintgrp.com<br>14909 N. Beck Rd., Plymouth, MI 48170 | Trade Debt | | $2,022,154.45 |
| Great-West Investors LP | Great-West Investors LP<br>c/o Great-West Life & Annuity Insurance Company<br>8151 E. Orchard Road, 3T2<br>Greenwood Village, CO 80111<br>Att: Mark Corbett<br><br>May also contact: Thomas H. Lee Co.<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. DiNovi<br>Scott M. Sperling | Mezzanine Debt | | $1,768,492.62 |
| Catalyst Paper | Mr. Thomas Crowley<br>Ph#: (206) 838-2014<br>Fax#: (206) 838-2071<br>E-mail: tom.crowley@catalystpaper.com<br>2101 Fourth Ave, Ste. 1950, Seattle, WA 98121 | Trade Debt | | $820,171.96 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| THL Charitable Investment LP | Thomas H. Lee Charitable Investment Limited Partnership<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>c/o Thomas H. Lee Co.<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. Dinovi<br>Scott M. Sperling | Mezzanine Debt | | $704,216.23 |
| American Express | Melanie M. Sisler<br>Ph#: (877) 454-8031<br>P.O. Box 5543<br>McLean, VA 22103<br>melanie.m.sisler@aexp.com | Trade Debt | | $429,822.11 |
| American Eagle Paper Mills | Mr. John Ferner<br>Ph#: (814) 684-6142. Fax#: (814) 684-6166 E-mail: jferner@ampaper.com<br>1600 Pennsylvania Ave<br>Tyrone PA 16686 | Trade Debt | | $388,532.70 |
| Catalyst Direct | Mr. Marcelo Lanas<br>Ph#: (800) 453-8360<br>Fax#: (585) 453-8361<br>110 Marina Drive<br>Rochester, NY 14626 | Trade Debt | | $354,786.21 |
| C. Hunter Boll | C. Hunter Boll<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>c/o Thomas H. Lee Co.<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. DiNovi<br>Scott M. Sperling | Mezzanine Debt | | $315,946.42 |
| Warren C. Smith Jr. | Warren C. Smith<br>Ph#: (617) 227-1050<br>Fax#: (617) 227-3514<br>c/o Thomas H. Lee Co.<br>100 Federal Street, 35th Floor<br>Boston, MA 02110<br>Att: Anthony J. Dinovi<br>Scott M. Sperling | Mezzanine Debt | | $315,946.42 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Myllykoski North America | Mr. Bendan Lesch<br>203-858-8699<br>203-229-7414<br>Fax#: 203-229-7458<br>brendan.lesch@myllykoski.com<br>101 Merrit, 5th Floor, Norwalk, CT 08651 | Trade Debt | | $260,428.22 |
| Pitman Company | Mr. Brad Brown<br>Ph#: (800) 526-5441, ext. 2041<br>Fax#: (770) 716-7876<br>E-mail: bbrown@pitman.com<br>4405 Royal Dr., Ste 100, Kennesaw, GA 30144 | Trade Debt | | $216,810.02 |
| Newpage Corporation | Paul Clancy, Vice President<br>Ph#: (847) 627-3535<br>C#: (847) 910-7604<br>Fax#: (847) 910-7604<br>Paul.Clancy@newpagecorp.com<br>2700 S. River Rd., Ste. 210<br>Des Plaines, IL 60018 | Trade Debt | | $213,460.73 |
| E.R. Smith | Frank Andalaro<br>Ph#: (401) 348-4000<br>Fax#: (401) 348-40749<br>83 Tom Harvey Rd<br>Westerly, RI 02891 | Trade Debt | | $183,667.66 |
| Goss International | Mr. Paul Salacain<br>Ph#: (603) 730-6835<br>Fax#: (603) 750, 6850 E-mail: paul.salacain@gossinternational.com.<br>121 Technology Dr., Durham, NH 03824 | Trade Debt | | $ 160,428.51 |
| United Parcel Service | Mr. Nelson Aurla<br>Ph#: (213) 613-1730. E-mail: nalura@ups.com<br>1201 W. Olympic Blvd., Los Angeles, CA 90015-3905 | Trade Debt | | $152,925.69 |
| MegTec Systems Inc. | Mr. David Fengler<br>Ph#: (920) 336-5715<br>Fax#: (920) 336-3404<br>830 Prosper Rd., De Pere, WI 54115 | Trade Debt | | $ 131,781.25 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Advanced Graphic Printing | Mr. Joel Acevedo<br>Ph#: (787) 368-2813<br>Fax#: (787) 641-5400<br>E-mail: jacevedo@agppr.com.<br>Carr 24-165 Parque Industrial Amelia, Guaynabo, PR 965 | Trade Debt | | $ 112,815.71 |
| McCoy LTD LLC | Ms. Brenda Tracy<br>Ph#: (860) 459-3011<br>Fax#: (860) 496-9799<br>E-mail: btracy@mccoyprinting.com.<br>129 Industrial Lane<br>Torrington, CT 06790 | Trade Debt | | $112,065.64 |
| Fedex Freight | Mr. Daniel Hayes<br>Ph#: (404) 797-4471<br>E-mail: daniel.hayes@fedex.com<br>4290 Thurman Dr., Conley, GA 30288 | Trade Debt | | $102,659.76 |
| Suez Energy Resources | Customer Service<br>Ph#: (888) 232-6206, ext. 1<br>Fax#: (800) 627-8813<br>E-mail: custserv@suezenergyna.com.<br>PO Box 25237<br>Lehigh Valley, PA 18002 | Trade Debt | | $100,635.34 |
| Liko Enterprises Co Inc. | Mr. Thomas Liu<br>Ph#: (718) 507-7753<br>Fax#: (718) 457-9752<br>E-mail: likewest@sbcglobal.net<br>548 Monterey Pass Rd.,<br>Monterey Park, CA 91754 | Trade Debt | | $90,152.84 |
| Beam Electric Company Inc. | Mr. Richy Price<br>Ph#: (704) 333-9094<br>Fax#: (704) 333-9121<br>E-mail: richy@beamelectric.com<br>P.O. Box 6223<br>Charlotte, NC 28207 | Trade Debt | | $85,800.00 |
| Booklet Binding Inc. | Mr. John Kosowski<br>Ph#: (708) 345-0110<br>Fax#: (708) 345-0289<br>2200 West 16th Street<br>Broadview, IL 60153 | Trade Debt | | $82,698.26 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee. Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Envelope 1 | Jim Jakubovic<br>Ph#: (330) 482-9800<br>Fax#: (330) 482-0388<br>41969 State Road 344<br>Columbiana, OH 44408<br>jim@envelope1.com | Trade Debt | | $79,841.69 |
| Strongmail Systems Inc. | Bill Griffin<br>1300 Island Drive, Suite 200<br>Redwood City, CA 94065<br>Ph#: (650) 421-4200<br>Fax#: (650) 421-4201 | Trade Debt | | $77,075 |

Dated: July 15, 2008

By: John V. Howard, Jr.
Title: Secretary

IN THE UNITED STATES BANKRUPTCY COURT
DISCTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :    Chapter 11
                                                            :
VERTIS HOLDINGS, INC.,                                      :
                                                            :    Case No. 08-_____ ( )
                                                            :
         Debtor.                                            :
                                                            :
------------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of Vertis Holdings, Inc., named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against Vertis Holdings, Inc., Vertis Inc., Enteron Group, LLC, Webcraft, LLC, Vertis Mailings, LLC, Webcraft Chemicals, LLC, and USA Direct, LLC, that have simultaneously commenced chapter 11 cases in this Court and that the list is true and correct to the best of my information and belief.

Dated: July 15, 2008

By: _____
    John V. Howard, Jr.
    Title: Secretary

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re*                                                     :    **Chapter 11**
                                                            :
**VERTIS HOLDINGS, INC.,**                                  :
                                                            :    Case No. 08-_____ ( )
                                                            :
       Debtor.                                              :
                                                            :
------------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR MATRIX

I, the undersigned authorized officer of Vertis Holdings, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the consolidated Creditor Matrix of Vertis Holdings, Inc., Vertis Inc., Enteron Group, LLC, Webcraft, LLC, Vertis Mailings, LLC, Webcraft Chemicals, LLC, and USA Direct, LLC, submitted herewith and that the list is true and correct to the best of my information and belief.

Dated: July 15, 2008

                                        By: John W. Howard, Jr.
                                        Title: Secretary

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
**VERTIS HOLDINGS, INC.,**                                     :
                                                               :    Case No. 08-_____ (    )
                                                               :
      Debtor.                                                  :
                                                               :
---------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Vertis Holdings, Inc. in the above captioned action, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of Vertis Holdings, Inc.'s equity interests:

- CLI/THLEF IV Vertis LLC

Dated: July 15, 2008

By: John V. Howard, Jr.
Title: Secretary

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
**VERTIS HOLDINGS, INC.,**                               :
                                                         :   Case No. 08-_____ (   )
                                                         :
         **Debtor.**                                     :
                                                         :
---------------------------------------------------------x

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Vertis Holdings, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Vertis Holdings, Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: July 15, 2008

By: John V. Howard, Jr.
Title: Secretary