## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
|  |  |
|---|---|
| *In re* | Chapter 11 |
| **VERTIS HOLDINGS, INC.,** *et al.,* | **Case No. 08-11460 (CSS)** |
|  | **(Jointly Administered)** |
| **Debtors.** |  |
-------------------------------------------------------------x

### PLAN SUPPLEMENT FOR JOINT PREPACKAGED PLANS OF REORGANIZATION OF VERTIS HOLDINGS INC., *ET AL.* PROPOSED BY VERTIS HOLDINGS INC., *ET AL.* AND ACG HOLDINGS INC., *ET AL.*

THIS IS THE VERTIS DEBTORS'[1] PLAN SUPPLEMENT, FILED IN SUPPORT OF THE JOINT PREPACKAGED PLANS OF REORGANIZATION OF VERTIS HOLDINGS INC., *ET AL.* PROPOSED BY VERTIS HOLDINGS INC., *ET AL.* AND ACG HOLDINGS INC., *ET AL.*[2] UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, WHICH WAS FILED IN THIS CASE ON JULY 15, 2008 (DOCKET NO. 21) (THE "PLAN"). THE DOCUMENTS CONTAINED IN THIS PLAN SUPPLEMENT ARE INTEGRAL TO AND PART OF THE PLAN AND, IF THE PLAN IS APPROVED, SHALL BE APPROVED IN THE CONFIRMATION ORDER. THE HEARING TO CONSIDER CONFIRMATION OF THE PLAN IS CURRENTLY SCHEDULED FOR AUGUST 26, 2008 AT 10:00 A.M. (ET).

PLEASE TAKE NOTICE that the documents in this Plan Supplement are subject to the receipt of the reasonable consent of the ACG Debtors and Noteholder Consent. The Vertis Debtors, with the reasonable consent of the ACG Debtors and the Noteholder Consent, reserve the right to alter, amend, modify or supplement any document in this Plan Supplement; provided that if any document in this Plan Supplement is altered, amended, modified or supplemented in any material respect, the Vertis Debtors will file a blackline of such document with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that pursuant to section 9.1 of the Plan, except as otherwise provided in the Plan, or in any contract, instrument, release, indenture, or other

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556), Vertis, Inc. (8322), Webcraft, LLC (6725), Webcraft Chemicals, LLC (6726), Enteron Group, LLC (3909), Vertis Mailing, LLC (4084), and USA Direct, LLC (5311).

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Plan.

agreement or document entered into in connection with the Plan, as of the Effective Date, the Vertis Debtors shall be deemed to have assumed each executory contract and unexpired lease to which it is a party, unless such contract or lease (i) was previously assumed or rejected by the Vertis Debtors, (ii) previously expired or terminated pursuant to its own terms, (iii) is the subject of a motion to reject filed by the Vertis Debtors on or before the Confirmation Date or (iv) is set forth in a schedule, as an executory contract or unexpired lease to be rejected, including those contracts listed on Exhibit I attached hereto. The Confirmation Order shall constitute an order of the Bankruptcy Court under sections 365 and 1123(b) of the Bankruptcy Code approving the contract and lease assumptions or rejections described above and in the Plan, as of the Effective Date. **Accordingly, if you are a counterparty to an executory contract or unexpired lease with the Debtors, your contract or lease may be assumed by the Debtors.** Please see sections 9.1, 9.2 and 9.3 of the Plan for more information on the assumption of executory contracts and unexpired leases.

PLEASE TAKE FURTHER NOTICE that any party wishing to obtain copies of the Plan, the Plan Supplement documents referred to on the attached list, or the Disclosure Statement related to the Plan may download copies from the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC at www.kccllc.net/vertis, or may request copies by phone at 888-733-1425.

> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> (212) 310-8000
> Gary T. Holtzer
> Stephen A. Youngman
>
> -and-
>
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> Mark D. Collins
> Michael J. Merchant
>
> ATTORNEYS FOR THE DEBTORS

Dated: August 8, 2008                AND DEBTORS IN POSSESSION

# PLAN SUPPLEMENT DOCUMENTS

EXIT FINANCING DOCUMENTS AND INDENTURES

| | |
|---|---|
| Exhibit A: | Exit Financing Commitment Letter – Revolver |
| Exhibit B: | Exit Financing Commitment Letter – Term Loan |
| Exhibit C: | New Vertis Second Lien Notes Indenture |
| Exhibit D: | New Vertis Senior Notes Indenture |

EQUITY RELATED DOCUMENTS

| | |
|---|---|
| Exhibit E: | Stockholders' Agreement |
| Exhibit F: | New Warrant Agreement |
| Exhibit G: | Equity Incentive Plan |
| Exhibit H: | New Bonus Plan |

CONTRACT RELATED DOCUMENTS

| | |
|---|---|
| Exhibit I: | Schedule of executory contracts and unexpired leases to be rejected |

CORPORATE GOVERNANCE DOCUMENTS

| | |
|---|---|
| Exhibit J: | Restated Certificate of Incorporation of Vertis Holdings, Inc. |
| Exhibit K: | Restated Bylaws of Vertis Holdings, Inc. |
| Exhibit L: | Identities of initial members of the board of directors and officers of the Reorganized Debtors |
| Exhibit M: | Identities of initial members of the board of directors and officers of each ACG Reorganized Debtor |
| Exhibit N: | Avenue Advisory Services Agreement |
| Exhibit O: | Goldman Advisory Services Agreement |
| Exhibit P: | TCW Advisory Services Agreement |