# EXHIBIT I

**Schedule of Executory Contracts and Unexpired Leases to be Rejected**

## Exhibit I:

## SCHEDULE OF EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES TO BE REJECTED

| Contracting Party | Contact Information | Effective Date | Description of Agreement |
|---|---|---|---|
| None. | | | |