# EXHIBIT L

**Identities of Initial Members of the Board of Directors
and Officers of the Reorganized Debtors**

# EXHIBIT L:[1]

# IDENTITIES OF THE INITIAL MEMBERS OF THE BOARD OF DIRECTORS AND OFFICERS OF THE REORGANIZED DEBTORS

## Directors of Vertis Holdings, Inc. and Vertis, Inc.:[2]

**Michael T. DuBose**
Chairman and CEO

**Michael Elkins**
Michael Elkins is currently a Portfolio Manager at Avenue Capital Group. In such capacity, Mr. Elkins is responsible for assisting with the direction of the investment activities of the Avenue U.S. strategy. Prior to joining Avenue in 2004, Mr. Elkins was a Portfolio Manager and Trader with ABP Investments US, Inc. While at ABP, he was responsible for actively managing high yield and distressed debt investments. Prior to ABP, Mr. Elkins served as a Portfolio Manager and Trader for UBK Asset Management, after joining the company as a High Yield Credit Analyst. Previously, Mr. Elkins was a Credit Analyst for both Oppenheimer & Co., Inc. and Smith Barney, Inc. Mr. Elkins received a B.A. in Marketing from George Washington University (1990) and an M.B.A. in Finance from the Goizueta Business School at Emory University (1994).

**Mark Dalton**
Mark Dalton joined Avenue Capital Group in 2007 and is currently a Senior Vice President of the Avenue U.S. Funds. In such capacity, Mr. Dalton is responsible for identifying, analyzing and modeling investment opportunities for the Avenue U.S. strategy. Prior to joining Avenue, Mr. Dalton was a Managing Director of Trimaran Capital Partners, L.L.C. and its predecessors, the Leveraged Finance Group of CIBC World Markets Corporation and The Argosy Group L.P. Prior to joining The Argosy Group in 1994, Mr. Dalton served as an Associate at Merrill Lynch & Co., Inc. and an Analyst at Kidder, Peabody & Co. Mr. Dalton received his B.S. in Economics, magna cum laude, from the Wharton School of the University of Pennsylvania (1983) and an M.B.A. in Finance from the J.L. Kellogg Graduate School of Management of Northwestern University, where he was an Austin Scholar (1988).

**Ronald Grossman**
Ronald Grossman is currently a Senior Advisor to Avenue Capital Group. Previously, Mr. Grossman served as Executive Vice President and Chief Financial Officer of Freeport-

---

[1] For full biographies of Michael T. DuBose, Barry C. Kohn, John Colarossi, Richard Guetzloff, John V. Howard, Jr., Douglas L. Mann, and Charles Miotke, please see Vertis' Form 10-K for the year ended December 31, 2007, filed with the SEC on April 1, 2008 and incorporated herein by reference. For full biographies of Patrick W. Kellick and Kathleen A. DeKam, please see ACG's Form 10-K for the year ended December 31, 2007, filed with the SEC on March 31, 2008 and incorporated herein by reference.

[2] The Reorganized Vertis Debtors that are not corporations do not have boards of directors.

McMoRan Inc. From 1985 until 1993, he served as senior vice president and principal financial officer and as a member of the office of the chairman. Mr. Grossman was a senior officer and director of Freeport-McMoRan Inc.'s entities, subsidiaries and affiliates and was a director of Freeport-McMoRan Copper and Gold Inc., and P.T. Freeport Indonesia Co. At retirement, Mr. Grossman became a consultant to Freeport-McMoRan and served in the capacity of counsel to the chairman of the board, chief executive advisor - Europe, and chairman of the board, Rio Tinto Minera, S.A. Since leaving Freeport-McMoRan, he has acted an advisor to several natural resource companies. Mr. Grossman received his B.S. in Accounting (1958), LLB (1962) and LLM (1965) from New York University.

The fifth director shall be selected by Goldman and TCW. The Goldman/TCW nominee to the Board is currently expected to be an independent nominee that is not employed by either Goldman, TWC or any related parties. The name and biographical information of this nominee will be filed with the Bankruptcy Court as soon as such information becomes available.

**Officers of the Reorganized Vertis Debtors:**

| | |
|---|---|
| Michael T. DuBose | Chairman and CEO |
| Barry C. Kohn | Chief Financial Officer and Treasurer |
| Jim Buike | Vice President, Lean and Continuous Improvement |
| John Chavoustie | Senior Vice President, National Operations |
| John Colarossi | Senior Vice President & General Manager, Media |
| Kathleen A. DeKam | Senior Vice President |
| Jim Foley | Senior Vice President, Human Resources |
| Richard Guetzloff | Senior Vice President and Chief Information Officer |
| John V. Howard, Jr. | Chief Legal Officer and Secretary |
| Patrick W. Kellick | Senior Vice President |
| Douglas L. Mann | Senior Vice President & General Manager, Advertising Inserts |
| Charles Miotke | President, Direct Marketing |
| Michael Tobin | Vice President of Tax |