# EXHIBIT M

## Identities of Initial Members of the Board of Directors and Officers of Each ACG Reorganized Debtor

# EXHIBIT M[3]

# IDENTITIES OF THE INITIAL MEMBERS OF THE BOARD OF DIRECTORS AND OFFICERS OF EACH REORGANIZED ACG DEBTOR

**Directors of the Reorganized ACG Debtors:**

Michael T. DuBose
Barry C. Kohn
John V. Howard, Jr.

**Officers of the Reorganized ACG Debtors:**

| | |
|---|---|
| Michael T. DuBose | Chairman and CEO |
| Barry C. Kohn | Chief Financial Officer and Treasurer |
| Jim Buike | Vice President, Lean and Continuous Improvement |
| John Chavoustie | Senior Vice President, National Operations |
| John Colarossi | Senior Vice President & General Manager, Media |
| Kathleen A. DeKam | Senior Vice President |
| Jim Foley | Senior Vice President, Human Resources |
| Richard Guetzloff | Senior Vice President and Chief Information Officer |
| John V. Howard, Jr. | Chief Legal Officer and Secretary |
| Patrick W. Kellick | Senior Vice President |
| Douglas L. Mann | Senior Vice President & General Manager, Advertising Inserts |
| Charles Miotke | President, Direct Marketing |
| Michael Tobin | Vice President of Tax |

---

[3] For full biographies of Michael T. DuBose, Barry C. Kohn, John Colarossi, Richard Guetzloff, John V. Howard, Jr., Douglas L. Mann, and Charles Miotke, please see Vertis' Form 10-K for the year ended December 31, 2007, filed with the SEC on April 1, 2008 and incorporated herein by reference. For full biographies of Patrick W. Kellick and Kathleen A. DeKam, please see ACG's Form 10-K for the year ended December 31, 2007, filed with the SEC on March 31, 2008 and incorporated herein by reference.