IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
VERTIS HOLDINGS, INC., *et al.*,[1] : Case No. 08-11460 (CSS)
:
: (Jointly Administered)
Debtors. :
: Re: Docket Nos. 267, 268, 269,
---------------------------------------------------------------x 270, 271, 272, 273 and 274

## ORDER GRANTING FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

Upon consideration of the applications (collectively, the "Applications") for final allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred filed by the professionals retained in the above-captioned chapter 11 cases and listed on Exhibit "A" annexed hereto (the "Professionals"); and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been provided to the Notice Parties,[2] and no other or further notice being required; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings (1556), Vertis, Inc. (8322), Webcraft, LLC (6725), Webcraft Chemicals, LLC (6726), Enteron Group, LLC (3909), Vertis Mailing, LLC (4084), and USA Direct, LLC (5311).

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application of Weil, Gotshal & Manges.

ORDERED that, pursuant to section 330 of the Bankruptcy Code the respective Applications of the Professionals for final allowance of compensation and reimbursement of expenses are granted in the amounts reflected on Exhibit "A" annexed hereto; and it is further

ORDERED that, the Debtors are authorized, and, except as otherwise agreed between the Debtors and a Professional, directed to remit payment within ten (10) days of the date of entry of this Order to the Professionals in the amounts set forth on Exhibit "A," less any amounts previously paid on account of such fees and expenses; and it is further

ORDERED that, to the extent any time or disbursement charges for services rendered or expenses incurred during the Debtors' chapter 11 cases were inadvertently omitted from or not processed prior to preparation of any Application, each respective Professional may request additional compensation for such services and reimbursement of such expenses in a supplement to such Application (the "Supplement"), prepared in accordance with the same guidelines utilized in preparation of the Applications and provided to the Court and served upon the Notice Parties. Such Professional shall be entitled to receive payment for such fees and expenses without further leave or notice of the Court, provided no party upon whom such Supplement has been served objects thereto within 15 days of service thereof; *provided, however*, that if such an objection is filed and not otherwise resolved prior to the date that is twenty (20) days from the date of such objection, a Professional may ask the Court to conduct a hearing to resolve the objection; and it is further

ORDERED that, to the extent any of the Professionals received and holds a fee advance from the Debtors for chapter 11 services, such Professional is authorized to credit all such fee advance amounts against the compensation for professional services and reimbursement of expenses allowed hereunder and may seek payment directly from the Debtors for any remaining amounts that may be due or owing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: November 12, 2008
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE