# Exhibit A

# The Professionals

| Professional | Total Fees Requested | Total Fees Allowed | Total Expenses Requested | Total Expenses Allowed | Total Allowed (fees allowed plus expenses allowed) |
|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP, as counsel for the Debtors | $1,004,203.00 | $1,004,203.00 | $32,657.92 | $32,657.92 | $1,036,860.92 |
| Richards, Layton & Finger, P.A., as local counsel | $50,726.00 | $50,726.00 | $7,965.13 | $7,965.13 | $58,691.13 |
| Alvarez & Marsal North America, LLC, as restructuring advisors | $358,465.50 | $358,465.50 | $22,540.87 | $22,540.87 | $381,006.37 |
| Lazard Freres & Co. LLC, as financial advisors | $1,375,000.00 | $1,375,000.00 | $3,947.22 | $3,947.22 | $1,378,947.22 |
| DLA Piper US LLP, as special corporate counsel | $93,104.00 | $93,104.00 | $0.00 | $0.00 | $93,104.00 |
| KPMG LLP, as tax consultants and internal audit providers | $86,928.10 | $86,928.10 | $5,310.00 | $5,310.00 | $92,238.10 |
| Deloitte & Touche LLP, as independent auditors and accountants | $83,854.50 | $83,854.50 | $370.82 | $370.82 | $84,225.32 |
| FTI Consulting, Inc., as operations and financial advisors | $1,556,890.50 | $1,556,890.50 | $78,365.53 | $78,365.53 | $1,635,256.03 |
| TOTAL | $4,609,171.60 | $4,609,171.60 | $151,157.49 | $151,157.49 | $4,760,329.09 |